**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DRYVEBOX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOLF ON WHEELS INC. & GOLF ON 6 CORP.,<br><br>Defendants. | Case No. 7:25-cv-08160<br><br>**CONSENT JUDGMENT** |

THIS MATTER came before the Court upon the Joint Motion of Plaintiff Dryvebox, Inc. (Dryvebox) and Defendants Golf on Wheels Inc. (GOW) and Golf on 6 Corp. (GO6) (collectively, Defendants) to Enter Consent Judgment. The Court, having considered the Joint Motion and the record in this case, and good cause appearing therefor, hereby enters this Consent Judgment.

Plaintiff Dryvebox filed its Complaint on October 2, 2025 (Dkt. 1), and Defendants were served on October 8, 2025 (Dkt. 10, 11). Dryvebox filed its Second Amended Complaint (Dkt. 27), asserting Count I (Infringement of U.S. Patent No. 11,560,193), Count II (Infringement of U.S. Patent No. 11,787,488), Count III (Willful Infringement), and Count IV (Common Law Unfair Competition). Defendants filed their Answer and Counterclaims on March 3, 2026 (Dkt. 28), denying any liability for Plaintiff's Counts I-IV and asserting counterclaims for declaratory judgments of non-infringement and invalidity of the Asserted Patents, and raising affirmative defenses.

The Parties have stipulated and agreed to entry of the following Consent Judgment in full and final resolution of all claims, counterclaims, and affirmative defenses in this action. Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered in favor of Plaintiff Dryvebox, Inc. and against Defendant GOW on Dryvebox's Count I (Infringement of U.S. Patent No. 11,560,193), Count II (Infringement of U.S. Patent No. 11,787,488), and Count IV (Common Law Unfair Competition) of the Second Amended Complaint, and on Defendants' counterclaims and affirmative defenses.

2. Plaintiff shall take nothing on their Count III (Willful Infringement).

3. Defendants shall take nothing on their counterclaims for declaratory judgment of non-infringement and invalidity or their affirmative defenses.

4. Dryvebox voluntarily dismisses all claims as to Defendant GO6.

5. U.S. Patent No. 11,787,488 (the "'488 Patent"), titled "User Configurable Trailer," is valid and enforceable.

6. U.S. Patent No. 11,560,193 (the "'193 Patent"), titled "User Configurable Trailer," is valid and enforceable.

7. Defendant GOW, and its officers, agents, servants, employees, successors, and all persons in active concert or participation with them, are permanently enjoined from making, using, selling, offering to sell, or importing into the United States a configurable trailer for practicing golf as protected by U.S. Patent Nos. 11,560,193 and 11,787,488 until the expiration of the Asserted Patents on February 9, 2041 or until both of the Asserted Patents are no longer valid and enforceable, whichever is earlier.

8. Each Party shall bear its own attorneys' fees and costs.

9. This Consent Judgment resolves all pending claims, counterclaims, affirmative defenses, and matters, including any application for attorney fees and costs, in this action.

10. The Court retains jurisdiction to enforce the terms of this Consent Judgment.

**SO ORDERED.**

Dated: 7/23/26

HON. KENNETH M. KARAS
United States District Judge

APPROVED FOR ENTRY:

*For Plaintiff Dryvebox, Inc.:*

SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

By: */s/ Kelsey I. Nix*
Kelsey I. Nix (NY Bar No. 2191633)
Jonathan V. Lewis (admitted *pro hac vice*)
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Email: knix@smithlaw.com
*Counsel for Plaintiff*

*For Defendants Golf on Wheels Inc. and Golf on 6 Corp.:*

LEASON ELLIS LLP

By: */s/ Yuval H. Marcus*
Robert M. Isackson (RI 4304)
Yuval H. Marcus (YM 5348)
One North Lexington Avenue, Suite 1200
White Plains, New York 10601
Telephone: (914) 821-9075
Email: marcus@leasonellis.com
*Counsel for Defendants*